ORIGINAL

Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO 5275
568 Halekauwila Street, 2ND Floor
Honolulu, Hawaii 96813
Telephone: (808) 532-2950
Facsimile: (808) 545-2628
Email: Attyegg@aol.com
Attorney for Defendant

PEARLIE LOU MOORE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2006

at 3 o'clock and 31 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-0070 DAE -02 |
| Plaintiff, | ) PEARLIE LOU MOORE 'S |
| | ) SENTENCING STATEMENT; |
| vs. | ) CERTIFICATE OF SERVICE |
| PEARLIE LOU MOORE, aka Pearlie Lou Langaman and Perlie Lou Langaman, | ) |
| Defendant. | ) |

PEARLIE LOU MOORE 'S SENTENCING STATEMENT

COMES NOW defendant, PEARLIE LOU MOORE, through her counsel, EMMANUEL G. GUERRERO, and respectfully submits her Sentencing Statement in the above-entitled case, and hereby states that she has no objections to the Presentence Investigation Report dated January 12, 2006, with the following exception:

1.  Paragraph 33: Defendant asserts that she had debriefed with the Government on March 3, 2004, and that upon request by the Government, she will participate in further debriefing prior to Sentencing, and therefore she would qualify and be eligible for a two (2) level reduction pursuant to §2D1.1(b)(6) and §5.C.1.2 of the U.S.S.G.

In addition, Defendant MOORE anticipates that the Government will be filing a Motion for Downward Departure based upon Defendant's cooperation and substantial assistance to the Government.

Finally, Defendant MOORE will be filing her Motion for Downward Departure, as well as supporting letters on her behalf no later than February 4, 2006.

DATED: Honolulu, Hawaii, January 26, 2006.

_____
EMMANUEL G. GUERRERO
Attorney for Defendant
PEARLIE LOU MOORE

## CERTIFICATE OF SERVICE

I, EMMANUEL G. GUERRERO, hereby certify that a true and exact copy of the foregoing document will duly mailed and/or hand-delivered to the following:

1)  Ms. BEVERELY WEE SAMESHIMA
    Assistant United States Attorney
    Room 6-100, PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

2)  Ms. Mona L. Godinet
    U.S. Probation Officer
    U.S. Probation Office, District of Hawaii
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, January 26, 2006.

_____
EMMANUEL G. GUERRERO
Attorney for Defendant
PEARLIE LOU MOORE