# ORIGINAL

Law Office of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO #5275
The Second Floor
568 Halekauwila Street
Honolulu, Hawaii 96813
Telephone: (808) 532-2950
Facsimile: (808) 545-2628
E-Mail: Attyegg@aol.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 4 2006

at 3 o'clock and 29 min P M
SUE BEITIA, CLERK

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00070 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; |
| | ) | DEFENDANT'S MOTION |
| vs. | ) | TO MODIFY TERMS OF |
| | ) | BAIL; DECLARATION OF |
| PEARLIE LOU MOORE, (02) | ) | COUNSEL; CERTIFICATE |
| aka Pearlie Lou Langaman, | ) | OF SERVICE |
| aka Pearlie Lai Langaman, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge:  Hon. KEVIN S. C. CHANG |

## NOTICE OF MOTION

TO:   EDWARD H. KUBO, JR.
      United States Attorney
      BEVERLY WEE SAMESHIMA
      Assistant United States Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Boulevard

1

Honolulu, Hawaii 96850

United States Pretrial Services Office
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable KEVIN S. C. CHANG, United States Magistrate Judge, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, February _____, 2006 at 10:30 a.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, __02/14/2006__.

_____
EMMANUEL G. GUERRERO
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00070 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO |
| | ) | MODIFY TERMS OF BAIL |
| vs. | ) | |
| | ) | |
| PEARLIE LOU MOORE,    (02) | ) | |
| aka Pearlie Lou Langaman, | ) | |
| aka Pearlie Lai Langaman, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO MODIFY TERMS OF BAIL

COMES NOW Defendant, PEARLIE LOU MOORE, aka Pearlie Lou Langaman, aka, Peralie Lai Langaman, by and through his Counsel undersigned, respectfully moves this Honorable Court to modify the terms of Bail pending the disposition of this case. Defendant seeks to modify the condition of bail, whereby she was permitted to post her real property as surety in lieu of $50,000.00. Defendant respectfully request that this Honorable Court set aside the posting of the real property as surety and for the Defendant to post the sum of $50,000.00 in its place. In other regards, Defendant does NOT seek any modifications of any other condition of bail.

DATED: Honolulu, Hawaii, __02/14/2006__.

_____
EMMANUEL G. GUERRERO
Attorney for Defendant