IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00070  DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO |
| | ) | MODIFY TERMS OF BAIL |
| vs. | ) | |
| | ) | |
| PEARLIE LOU MOORE,      (02) | ) | |
| aka Pearlie Lou Langaman, | ) | |
| aka Pearlie Lai Langaman, | ) | |
| | ) | |
| Defendant. | ) | |
| ————————————————————— | ) | |

## DECLARATION OF COUNSEL

1.    I, EMMANUEL G. GUERRERO, represent the Defendant in the above-entitled case.

2.    Defendant respectfully request that the condition of Bail whereby Defendant posted her real property as surety in the amount of $50,000.00 to secure her release as follows:

        a.    Defendant has secured a buyer for her real property, of which she co-owns with her husband, Gary Moore.

        b.    That after all expenses related to the sale of the property, including existing mortgages and cost of the sale, Defendant and her husband expect to have net proceeds in

excess of $75,000.00.

c.    That Defendant seeks to set aside said condition so that the property can be sold.

d.    With the proceeds of the sale, Escrow will be instructed that $50,000.00 be forwarded to the this Court to cover said bail amount of $50,000.00.

3.    That Counsel has spoken with AUSA Beverly Wee Sameshima and the Pre-Trial Services of this request to modify the terms of Bail.

4.    I declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, _02/14/2006_ .

_____
EMMANUEL G. GUERRERO
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served via

Personal Service by and through *Akamai Legal Messenger Services* upon the

following  persons on February 15, 2006 as

As forth below:

> BEVERLEY WEE SAMESHIMA
> Assistant United States Attorney
> Room 6100, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850
> Attorney for Plaintiff U.S.A.

> United States Pretrial Services Office
> Room 7-222, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii,  02/14/2006  .

EMMANUEL G. GUERRERO
Attorney for Defendant