# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00070DAE |
| CASE NAME: | USA v. (02) Pearlie Lou Moore |
| ATTYS FOR PLA: | Beverly Sameshima |
| ATTYS FOR DEFT: | (02) Emmanuel Guerrero |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/22/2006 | TIME: | 2:34-2:38:50pm |

COURT ACTION:  EP: Defendant (02) Pearlie Lou Moore's Motion to Modify Terms of Bail - defendant present, not in custody.

Government willing to go along with the recommendation by Pretrial Services but requests close monitoring.

Motion granted

Defendant's conditions of pretrial release shall be modified as follows:

2. (7a2) Execute a bond in the amount of $40,000, secured by cash.  The U.S. District Court Clerk's Office is directed to substitute the security mortgage in the amount of $35,000, with $35,000 cash.  The cash bond of $5,000, previously posted in this case, remains as surety.  The third party custodian(s) must sign the bail papers at the U.S. District Clerk's Office no later than March 1, 2006.

    A Status Hearing will be scheduled to verify that this condition has been satisfied.  In the event surety is posted prior to the hearing date, the Court directs defense counsel to contact the courtroom manager to cancel the hearing.  The Status Hearing to be held on March 1, 2006 at 2:15pm before Judge Kurren

Submitted by: Shari Afuso, Courtroom Manager