Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO 5275
The Second Floor
568 Halekauwila Street
Honolulu, Hawaii 96813
Tel: (808) 532-2950
Fax: (808) 545-2628
Email: attyegg@aol.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00070 DAE |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE SENTENCING DATE; ORDER |
| PEARLIE LOU MOORE, (02) ) aka Pearlie Lou Langaman, ) aka Pearlie Lai Langaman, ) | |
| Defendant. ) | |

### STIPULATION CONTINUE SENTENCING DATE

COMES NOW the parties herein, Defendant PEARLIE LOU MOORE, by and through her counsel, EMMANUEL G. GUERRERO, and the United States of America, by and through Assistant United States Attorney BEVERLY WEE SAMESHIMA, hereby agree and stipulate to continue the Sentencing date currently

1

set for February 21, 2006 to April 21, 2006 at 1:30 P.M.

Dated: Honolulu, Hawaii, _____.

AGREED AND SO STIPULATED:

_____
EMMANUEL G. GUERRERO
Attorney for Defendant


AGREED AND SO STIPULATED:

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Attorney for USA


APPROVED AND SO ORDERED:

_____
HONORABLE DAVID A. EZRA
Judge of the Above-Entitled Court

2

## CERTIFICATE OF SERVICE

I, EMMANUEL G. GUERRERO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on 2/14/06:

Mr. EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

Ms. BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Tel: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA


U.S. Probation Office
Honolulu, Hawaii

DATED: Honolulu, Hawaii, 2/14/06.

EMMANUEL G. GUERRERO
Attorney for Defendant