# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CR 05-00070DAE

CASE NAME:           USA v. (02) Pearlie Lou Moore

ATTYS FOR PLA:       Beverly Wee Sameshima

ATTYS FOR DEFT:      (02) Dana Ishibashi for Emmanuel G. Guerrero

INTERPRETER:

JUDGE:    Barry M. Kurren            REPORTER:    C6F

DATE:     3/1/2006                   TIME:        2:27 - 2:28

COURT ACTION:  EP: Status Conference Re Posting of Surety as to (02) Pearlie Lou Moore - deft present on bail.  Deft completed signing bail documents and appearance bond.  No further action necessary.

Submitted by Richlyn Young, Courtroom Manager