*cu'd Financing*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: CR 05-00070 DAE 02 |
| Plaintiff(s), | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| (02) PEARLIE LOU MOORE, | ) | MAR 0 1 2006 |
| Defendant(s). | ) | at 2 o'clock and 30 min P.M. SUE BEITIA, CLERK |

### AFFIDAVIT BY OWNER OF CASH BAIL

I, GARY MOORE on oath say that I reside at ~~95-668 WIKAO STREET #J105, MILILANI HI 96789~~ 94 345 PEKE LN WAIPAHU HI 96797 and that the **$5,000.00 CASH, and the $35,000.00 CASH** deposited as bail on the foregoing bond is owned by me and is to be returned to me at the above address upon exoneration of this bond.

Home 808 206 8635

In compliance with the regulations issued by the Internal Revenue Service of the Department of the Treasury for the Internal Revenue Code Section 6050I(g), I hereby submit the following:

Cel 808 221 4030

| | |
|---|---|
| Social Security Number | Date of Birth |
| Occupation | |
| Method of ID: | $100 Bills |
| ID Number | Bills higher than $100 |
| Issued by: | |

Sworn to and subscribed before me
on   3/1/06

SUE BEITIA , CLERK

_____
Deputy Clerk

_____
Signature of owner of cash security


SCANNED