FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2006

at __ o'clock and __ min __M
SUE BEITIA, CLERK

YOUR COPY

| LAND COURT SYSTEM | REGULAR SYSTEM |
|---|---|

Return by: Mail ( )   Pickup ( )

CR 05-00070 DAE 02

### RELEASE OF MORTGAGE

Mortgagor:   GARY FRANCIS MOORE

Mortgagee:   SUE BEITIA, CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII

Property Description: TMK: (Oahu) 9-5-2-23 (CPR 117)

      WHEREAS, the indebtedness secured by the Mortgage made by GARY FRANCIS MOORE, husband of Perlie Lou Moore, aka Pearlie Lou Langaman, aka Pearlie Lai Langaman, to SUE BEITIA, CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII, dated April 13, 2005, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Document No. 3254743, noted on Transfer Certificate of Title No. 630,521, has been fully paid;

NOW, THEREFORE, the undersigned does hereby cancel and discharge said Mortgage and forever release all of the estate and interest acquired by the undersigned under the terms of said Mortgage in the property therein described.

IN WITNESS WHEREOF, the undersigned has executed this instrument the 2nd day of March, 2006.

_____
SUE BEITIA
Clerk, United States District Court, District of Hawaii

STATE OF HAWAII            )
                           ) SS.
CITY AND COUNTY OF HONOLULU )

On this 2nd day of March, 2006, before me personally appeared SUE BEITIA, CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII, to me known to be the person described in and who executed the foregoing instrument and acknowledged that he executed the same as his free act and deed.

_____
Eileen Chun Sakoda
Notary Public, State of Hawaii

My commission expires: 3-20-2007

2