EXHIBIT "A"



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, TRIPLER ARMY MEDICAL CENTER
1 JARRETT WHITE ROAD
TRIPLER AMC, HAWAII 96859-5000

REPLY TO
ATTN OF

MCHK-PSA (600-85d)                              30 January 2006

Alcohol Substance Abuse Program

To Whom It May Concern:

    This is to certify that Perlie Moore, SSN: 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 was evaluated at the Schofield Barracks Army Substance Abuse Program (ASAP) on 30 March 2005 as a self-referral to access services as a preventative measure. Based upon available clinical assessment data, lab and alcohol/drug screening test results, and in accordance with diagnostic criteria set forth in the Diagnostic and Statistical Manual of the American Psychiatric Association, she met the criteria to be diagnosed with amphetamine and cocaine dependence in sustained full remission per history.
    Mrs. Moore has completed ASAM level 1.0 to include .5 (14 hr) education classes that were completed on 13&14 June 2005. She was successfully discharged from ASAP on 29 July 2005. She was cooperative during her assessment and complied with every aspect of her treatment. There are no further education or treatment recommendations.
    This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2), prohibit you from making any further disclosure of this information without specific written consent of the person it pertains to, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is NOT sufficient for this purpose.
    Should you have any questions, please contact her counselor, Betsy Wroblewski LCSW, CAC III at 433-8713.

                                              Betsy Wroblewski, LCSW, CAC III
                                              Licensed Clinical Social Worker
                                              Army Substance Abuse Program