

**ORIGINAL**

Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO 5275
568 Halekauwila Street, Second Floor
Honolulu, Hawaii 96813
Tel: (808) 532-2950
Fax: (808) 545-2628
Attorney for Defendant
PEARLIE LOU MOORE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at 3 o'clock and 16 min P M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00070-020 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | LETTERS OF SUPPORT |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| PEARLIE LOU MOORE, | ) | |
| | ) | Date:     04-21-06 |
| | ) | Time:     1:30 p.m. |
| Defendant. | ) | Judge: Hon. David A. Ezra |
| | ) | |

### LETTERS OF SUPPORT

COMES NOW DEFENDANT, PEARLIE LOU MOORE, by and through her counsel, EMMANUEL G. GUERRERO, submits the following Letters of support which is Exhibits "A-G" attached hereto and incorporated herein by reference.

Dated: Honolulu, Hawaii, 4/19/06

EMMANUEL G. GUERRERO
Attorney for Defendant
PEARLIE LOU MOORE

# LIST OF EXHIBITS

"A"   PERLA T. NEGRE					Defendant's Mother

"B"   GARY MOORE					Defendant's Husband

"C"   GLEN AND BETSIE LANGAMAN			Defendant's Brother and Sister-in-law

"D"   GEORGE LANGAMAN				Defendant's Brother

"E"   DESI McKENZIE					Parent of defendant's patient

"F"   LEILANI RINGOR					Defendant's friend

"G"   MELBA I BRABSON				Defendant's friend