**Exhibit "A"**

4-17-06

To Whom It May Concern,

I am writting in behalf of my daughter Perlie Lou Moore. I have known Perlie since she was born July 7, 1973.

Perlie Lou is nice and humble person, she also had plenty close friends.

In first grade up to six grade she received awards, certificates, achievements of an honor roll student, perfect attendance, good in mathematics, and other programs and events she participated in.

She work in McDonald with me for years when she was in high school. She worked also in Burger King while she was working as a volenteer in Wahiawa General Hospital. Six month after she started working at Burger King she was promoted to a manager position.

Respecfully yours,
Perla T. Alegre