**Exhibit "B"**

To the Honorable Judge Esra,

I am writing this letter on behalf of my wife Perlie L. Moore. I know my wife has severely messed up, but you do not know the remorse she has felt in doing so. She is constantly grieving over the lives she has affected to include our own. It broke her heart to cooperate and to turn in her own brother knowing how it would affect our god children, but she knew it was the right thing to do.

Over the past year she has done a 180 degree turn because of all the love and support she has here at home. I helped put her through a drug education program through the U.S. Army Alcohol and Substance Abuse Program at Schofield Barracks, Hawaii. Perlie has met and is continuing to meet every guideline set by the Pre-Trial Office. I know I would not be where I am if it were her. She is my right hand to help in everything that I do. She is currently holding a steady job at Family Services of Oahu assisting handicap patients who are in need and is helping tremendously with our care home. Perlie also volunteers at St. Johns Catholic church in Mililani every chance that she gets. She is an active member of our Family Readiness Group at my work giving her experience as an Army wife. Perlie is always helping me either go to work or when I come home. She always has a uniform pressed when I need it or a hot meal on the table after a really late night at work.

Sincerely,
Gary Moore