**Exhibit "C"**

TO WHOM IT MAY CONCERN,

I AM GLENN LANGAMAN SISTER OF PERLIE MOORE TOGETHER WITH MY WIFE BETSIE TAPEC LANGAMAN, WE ARE WRITING THIS LETTER TO TELL YOU MORE ABOUT MY SISTER. SHE IS MY ONLY SISTER. MY SISTER PERLIE HAS ALWAYS BEEN A VERY CARING AND LOVING PERSON ESPECIALLY TO KIDS. SHE LOVES KIDS VERY MUCH, UNFORTUNATELY SHE HAS NO KIDS OF HER OWN. ALTHOUGH SHE HAD MADE SOME WRONG DECISIONS IN THE PAST SHE NEVER FORGETS HER FAMILY. SHE BETTER NOW, STAYED AWAY FROM TROUBLE, SHE'S WORKING. SHE CURRENTLY WORKS HERE AT HOME HELPING WITH OUT CARE, HOME AND FOR FAMILY SERVICES OF OAHU. MY SON LOOKS FORWARD TO SEEING HER EVERYDAY AND SPENDING SOME TIME WITH HER. WHENEVER WE WOULD GO TO THE STORE WITH HER MY SON WOULD RATHER HOLD HER HAND INSTEAD OF OURS. SHE LIKES TO MAKE OUR SON HAPPY, AND WOULD NEVER DO ANYTHING TO MAKE OUT SON CRY OR HURT. AS FAR AS BEING MY SISTER I COULDN'T ASK FOR A BETTER ONE.

SINCERELY,
GLENN LANGAMAN
*Glenn Langaman*
BETSIE LANGAMAN
*Betsie Langaman*