**Exhibit "D"**

4/10/06
10:00PM

I am George, I am the eldest and Perlie is next to me or she is the second eldest offspring in the family. She is born on the month of July and she is the only girl among us. Since her childhood Perlie is very jolly, easy to go with and very understanding to the fact that she is kindhearted and willing to help people. For me, if she is not around, she is a lost on my part because being my sister she is always ready to lean on and with open hearts to give her opinion and idea to things that needs critical decisions. Having these kinds of dispositions and characters - maybe it is brought about by her good up bringing in the family rooted from a family with strong religious foundation, peaceful and civic-spirited.

Lately, she is working at Family Services as Direct Service Worker to clients w/ disabilities and retardation for 6 months now and we see in her the enjoyment and vocation of doing this job patiently because is passionate and lovable to the needy people.

Lastly, Perlie envisioned and dreamed to pursue such level of education to upgrade her knowledge of the pace of time and to be of important use for business and livelihood w/c would eventually our family would be benefitted in the long run.

This is just a small profile about my sister Perlie Sue Langman Moore.

Respectfully yours,
George Langman