**Exhibit "E"**

To whom it may concern,

    I am Desi Mckenzie and I am writing this letter in regards to Perlie Moore. I know her through Family services of Oahu, her work. I have a seven year old daughter Aubrey who has a down syndrome. Perlie has been with us since November 2005 and until now. From my point of view and what I have seen, she has been taking care of my daughter, and she is a person who shows care for her work. Taking care of Aubrey isn't just a job for her. She shows love. Aubrey, my daughter loves her too. Actually, we haven't had someone that Aubrey liked in a long time. Sometimes when I have an emergency at work, I would call her to come over and watch Aubrey. She would also volunteer to buy her lunch or dinner. Without Perlie in Aubrey's life and our lives, it would be terrible. A lot of times I'd be stressed when I do my shows during christmas. But this past Christmas it wasn't too bad at all. For two of my shows, she was there, because I only have my kids every other weekend. She was there at the Ala Moana and Windward Mall shows. I was very busy running the shows and she was taking care of Aubrey making sure that she's ready and dressed up in time for her part of the show together with my daughter Ashley. Aubrey isn't easy to take care of. I know this because she's my daughter, but Perlie makes it look like easy, because she enjoys her job. I can see that she loves my daughter Aubrey, not just my daughter but kids in general. From my point of view, I can see that she is helpful, loving and caring person.

                                        Sincerely yours,

                                        *Desi Mckenzie*
                                        Desi Mckenzie