**Exhibit "F"**

To Whom It May Concern,

    I'm writing this letter in regards to Perlie Lou Moore. I'm Leilani Ringor currently deployed in Iraq with the U.S. Army. Before I even joined the Army I've known Perlie already. I used to work with her at Wal-Mart in Mililani. She was good with her job. She has a nice personality. From what I saw, she loves her family and her family loves her. I could come to their house unannounced and I'd always be welcome. I love her because she is always there for me. Whether to give me advice, someone to talk to, helping me with something, or even just to hang out with.

Sincerely Yours,

Specialist Leilani Ringor