**Exhibit "G"**

To Whom It May Concern

I am Melba Tungpalan Brabson. I am in the United States Army. I am about to get stationed in Korea for a year. I am Perlie Lou Moore's best friend. I've known her since 1997 almost 10 years now. Perlie is a good and helping person. Whatever time it is I can call her if I needed to talk to somebody. She would get up from bed to come help me change my tires if I had a flat. She's pretty much the sister I never had. Whenever I need advise she's always there to give it. I've always called her my best friend my advisor. As long as I've known her she's always been helpful, caring and loving person.

Sincerely yours,
MELBA T. Brabson
x Melba T. Brabson