## CERTIFICATE OF SERVICE

I, EMMANUEL G. GUERRERO, hereby certify that a true and exact copy of the foregoing document will duly mailed and/or hand-delivered to the following:

1) Ms. BEVERELY WEE SAMESHIMA
   Assistant United States Attorney
   Room 6-100, PJKK Federal Building
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850

   Attorney for Plaintiff
   UNITED STATES OF AMERICA

2) Ms. Mona L. Godinet
   U.S. Probation Officer
   U.S. Probation Office, District of Hawaii
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, April 19, 2006.

EMMANUEL G. GUERRERO
Attorney for Defendant
PEARLIE LOU MOORE