# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00070DAE |
| CASE NAME: | USA v. (02)Pearlie Lou Moore |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | (02)Emmanuel G. Guerrero |
| USPO: | Mona Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Aha Kupono, ESR |
| DATE: | 4/21/2006 | TIME: | 1:30pm-2:05pm |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant (02)Pearlie Lou Moore. Government's Motion for Downward Departure.

Defendant (02)Pearlie Lou Moore present, not in custody.

Government's Motion for Downward Departure-GRANTED.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (02)Pearlie Lou Moore.

SENTENCE:

Imprisonment: 63 MONTHS

Supervised Release: 5 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6. Defendant shall participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Women's Prison Camp in Dublin, CA. 500 hour drug treatment program.

Defendant advised of her right to appeal. Mittimus is stayed until 10/2/2006.

Defendant to self-surrender @2:00 p.m. on 10/2/2006 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Government's Oral Motion to Dismiss all remaining Counts as to this Defendant Only - GRANTED.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager