AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

Judgment - Page 2 of 6

CASE NUMBER: 1:05CR00070-002
DEFENDANT: PEARLIE LOU MOORE, also known as "Pearlie Lou Langaman", also known as "Perlie Lai Langaman"

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 63 MONTHS.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 15 2007
at 1 o'clock and 15 min. PM
SUE BEITIA, CLERK

[✓] The court makes the following recommendations to the Bureau of Prisons:
Women's Prison Camp in Dublin, CA. 500 hour drug treatment program.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [✓] before 2:00pm, Local time on 10/2/2006.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 10/2/06 to FPC-Phx
at Phx-AZ, with a certified copy of this judgment.

Joe W. Booker, Jr.
UNITED STATES MARSHAL
Warden

By _____
Deputy U.S. Marshal